*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 30, 2015                    519735
_____

In the Matter of the Claim of
    ANA E. TORRES,
                    Appellant.

                                        MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  February 24, 2015

Before:  Peters, P.J., Lahtinen, Garry and Lynch, JJ.

_____

    Ana E. Torres, Freeport, appellant pro se.

_____

    Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 27, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

    Decision affirmed.  No opinion.

    Peters, P.J., Lahtinen, Garry and Lynch, JJ., concur.

    ORDERED that the decision is affirmed, without costs.

                    ENTER:

                    Robert D. Mayberger
                    Clerk of the Court